**DLS** Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Elizabeth Knoebel-Shaw,
        Plaintiff(s),

    -against-

McAllister Towing and Transportation Company,
Inc. and The Bridgeport & Port Jefferson
Steamboat Company,
        Defendant(s).
-------------------------------------------------------X

JUDGE DANIELS
Index No. 08 CV 5652

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
        S.S.:
COUNTY OF NEW YORK)

    ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 26th day of June 2008, at approximately 4:50 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED AND CIVIL COVER SHEET** upon The Bridgeport & Port Jefferson Steamboat Company at 17 Battery Place, 12th Floor, NYC 10004, by personally delivering and leaving the same with Kerry Griffin, Associate General Counsel, who informed deponent that she is an agent authorized by she to receive service at that address.

    Kerry Griffin is a white female, approximately 40 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 130 pounds with blonde hair and blue eyes.

_Robert Mills_
ROBERT MILLS #1004298

Sworn to before me this
30th day of June 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com