

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIZABETH KNOEBEL-SHAW,

                Plaintiff,

- against -

McALLISTER TOWING AND
TRANSPORTATION COMPANY, INC. and THE
BRIDGEPORT & PORT JEFFERSON
STEAMBOAT COMPANY,

                Defendants.

08 CIV 5652 (GBD) (RLE)

**STIPULATION**

---

**IT IS HEREBY STIPULATED AND AGREED** that the time for defendants McALLISTER TOWING AND TRANSPORTATION COMPANY, INC. and THE BRIDGEPORT & PORT JEFFERSON STEAMBOAT COMPANY to answer, move against, or otherwise respond to, the complaint in the above-entitled action is extended through and including July 30, 2008.

Dated: New York, New York
July 23, 2008

| | |
|---|---|
| KAUFF McCLAIN & McGUIRE LLP | OUTTEN & GOLDEN LLP |
| By: *(signature)* <br> Kenneth A. Margolis <br> Aislinn S. McGuire | By: *(signature)* <br> Rachel M. Bien (RB 6919) <br> Kathleen Peratis (KP 2118) |
| 950 Third Avenue, Fourteenth Floor <br> New York, New York 10022 <br> (212) 644-1010 | 3 Park Avenue, 29th Floor <br> New York, New York 10016 <br> (212) 245-1000 |
| Counsel for Defendants | Counsel for Plaintiff |

JUL 25 2008

*(signature)*
U.S.D.J.
HON. GEORGE B. DANIELS

-2-