UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH KNOEBEL-SHAW,

              Plaintiff,

- against -

McALLISTER TOWING and
TRANSPORTATION CO., INC. and THE
BRIDGEPORT & PORT JEFFERSON
STEAMBOAT COMPANY,

              Defendants.

Index No. 08 cv 5652 (GDB)

**STATEMENT PURSUANT TO**
**FED. R. CIV. P. 7.1**

      Defendant McALLISTER TOWING and TRANSPORTATION CO., INC. ("Defendant" or "McAllister"), by its attorneys, Kauff McClain & McGuire LLP, certify, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that the following are its corporate parents, subsidiaries, or affiliates which are publicly held: None.

DATED:    New York, New York
               July 30, 2008

                                    Respectfully submitted,

                                    KAUFF MCCLAIN & MCGUIRE LLP

                                    By: _/s/ Aislinn S. McGuire_
                                        Kenneth A. Margolis
                                        Aislinn S. McGuire

                                    950 Third Avenue
                                    Fourteenth Floor
                                    New York, NY 10022
                                    (212) 644-1010

                                    Attorneys for Defendant
                                    McALLISTER TOWING and
                                    TRANSPORTATION CO., INC.,

4830-0378-1890.1