UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIZABETH KNOEBEL-SHAW,

                Plaintiff,

- against -

McALLISTER TOWING and TRANSPORTATION CO., INC. and THE BRIDGEPORT & PORT JEFFERSON STEAMBOAT COMPANY,

                Defendants.

Index No. 08 cv 5652 (GDB)

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

---

Defendant THE BRIDGEPORT & PORT JEFFERSON STEAMBOAT COMPANY ("Defendant" or "Bridgeport"), by its attorneys, Kauff McClain & McGuire LLP, certify, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that the following are its corporate parents, subsidiaries, or affiliates which are publicly held:  None.

DATED:    New York, New York
                July 30, 2008

                                          Respectfully submitted,

                                          KAUFF MCCLAIN & MCGUIRE LLP

                                          By: _____
                                                 Kenneth A. Margolis
                                                 Aislinn S. McGuire

                                          950 Third Avenue
                                          Fourteenth Floor
                                          New York, NY  10022
                                          (212) 644-1010

                                          Attorneys for Defendant
                                          THE BRIDGEPORT & PORT JEFFERSON
                                          STEAMBOAT COMPANY